JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PETERSON, an Individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et. al.,<br><br>          Defendants. | Case No.   2:22-cv-05485MEMF(SKx)<br><br>The Honorable Maame-Ewusi-Mensah Frimpong<br>United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for jury trial between January 31, 2024, and February 6, 2024, in Courtroom 8B of this United States District Court. Plaintiff Christopher Peterson was represented by Matthew E. Roston, Esq., of Roston Law Group.  Defendant National Railroad Passenger Corporation d/b/a Amtrak was represented by Brandie N. Charles, Esq., and Hider Al-Mashat, Esq., of Littler Mendelson, a Professional Corporation.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified, and exhibits were admitted into evidence. After hearing the

evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

    1. Did Plaintiff Christopher Peterson prove by a preponderance of the evidence that he suffered damages as a result of his termination by Defendant Amtrak?

        YES _X_          NO _____

***If your answer to Question 1 is "yes," then answer Question 2. If you answered "no," then sign the form.***

    2. Did Defendant Amtrak prove by a preponderance of the evidence that Plaintiff Christopher Peterson failed to properly mitigate his damages?

        YES _X_          NO _____

***Please proceed to Question 3.***

    3. Did Defendant Amtrak prove by a preponderance of the evidence that Plaintiff Christopher Peterson had a physical or emotional condition before Defendant Amtrak's conduct occurred?

        YES _X_          NO _____

***Please proceed to Question 4.***

///
///
///
///
///

1
JUDGMENT AFTER TRIAL

4. What are Plaintiff Christopher Peterson's damages, if any, taking into account reductions to his damages, if any, based on Plaintiff Christopher Peterson's failure to mitigate damages (Question 2), and Plaintiff Christopher Peterson's preexisting emotional condition (Question 3)?

    a. Past Lost Income and Benefits: $175,000.00

    b. Future Lost Income and Benefits: $0.00

    c. Past Mental and/or Emotional Distress: $15,000.00

    d. Future Mental and/or Emotional Distress: $0.00

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On Plaintiff Christopher Peterson's First Cause of Action for Violation of California Labor Code Section 432.7 and Second Cause of Action for Wrongful Termination in Violation of Public Policy*: Judgment is entered in favor of Plaintiff Christopher Peterson and against Defendant Amtrak in the amount of $190,000.00.

2. Plaintiff Christopher Peterson is awarded his costs as provided by law.

3. Any award for claimed attorney's fees must be subject to a noticed motion. The parties do not concur on the question of whether either party is entitled to attorney fees or what those fees may be. The Parties preserve all rights on appeal.

**IT IS SO ORDERED.**

Dated: March 21, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge